# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

DONALD D. JOHNSON,      )
                          )
      Plaintiff,      )
                          )
v.                        )      NO. 2:05-0049
                          )      JUDGE HAYNES
SMITH COUNTY, TENNESSEE; and    )
JOHNNY C. BANE, individually    )
and in his official capacity as Sheriff    )
of Smith County, Tennessee,    )
                          )
      Defendants.      )

## O R D E R

In accordance with the Memorandum filed herewith, the Defendant Johnny C. Bane's

motion for summary judgment (Docket Entry No. 11) is **GRANTED**. This action is

**DISMISSED with prejudice** as to Defendants Smith County, Tennessee and Johnny C. Bane in

his individual and official capacities.

This is the Final Order in ths action.

It is so **ORDERED**.

**ENTERED** this the ___28th___ day of October, 2005.

WILLIAM J. HAYNES, JR
United States District Judge